Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TRIREME MEDICAL, LLC   v. ANGIOSCORE, INC.

No. 15-1504

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for:   TriReme Medical, LLC
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant   [ ] Appellee   [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

Name:   Thomas T. Carmack
Law firm:   Agility IP Law, LLP
Address:   149 Commonwealth Drive
City, State and ZIP:   Menlo Park, CA 94025
Telephone:   (650) 227-4800
Fax #:   (650) 318-3483
E-mail address:   tom@agilityiplaw.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 8, 2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

April 14, 2015                          /s/ Thomas T. Carmack
Date                                    Signature of pro se or counsel

cc: Appellee's Counsel

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Apr 14, 2015 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

Thomas T. Carmack                          /s/ Thomas T. Carmack
Name of Counsel                            Signature of Counsel

Law Firm: Agility IP Law, LLP
Address: 149 Commonwealth Drive
City, State, ZIP: Menlo Park, CA 94025
Telephone Number: (650) 227-4800
FAX Number: (650) 318-3483
E-mail Address: tom@agilityiplaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.